# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | 2:23-cv-08404-JVS(MRWx) |
| Date | January 26, 2024 |
| Title | Hartford Life and Accident Insurance Company v. Richard Sepulveda et al |

**Present: The Honorable** James V. Selna, US District Court Judge

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs: Not Present

Attorneys Present for Defendants: Not Present

**Proceedings:** **[IN CHAMBERS]  ORDER TO SHOW CAUSE RE DEFAULT**

The Court, on its own motion, hereby ORDERS plaintiff(s) to Show Cause (OSC) in writing no later than **February 2, 2024,** why default should not be set aside and defendant's request for extension be granted [Docket No. 23].

It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant.  All stipulations affecting the progress of the case must be approved by the Court.  Local Rule 7-1.

| | : | 00 |
|---|---|---|
| Initials of Preparer | eva | |