cc: Fiscal

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>    v.<br><br>RICHARD SEPULVEDA, an individual, KANTOR & KANTOR, LLP; DOES 1 through 10,<br><br>      Defendants. | Case No. 2:23-cv-08404 JVS (JPRx)<br><br>**JUDGMENT**<br><br><br><br><br><br>**Hon. James V. Selna** |

The Court having considered and decided Plaintiff's Motion for Discharge, Dismissal, and Reimbursement of Attorney's Fees and Costs and Defendant Kantor & Kantor LLP's Motion for Summary Judgment, and entered its Order for Discharge, Dismissal, Attorney's Fees, and Disbursement on August 14, 2024,

IT IS HEREBY ADJUDGED AND DECREED AS FOLLOWS:

1.     Hartford Life, and its present, former, and future officers, directors, shareholders, employers, employees, parents, subsidiaries, affiliates, reinsurers, insurers, administrators, agents, predecessors, successors, attorneys and assigns, including but not limited to Continental Casualty Company, are hereby and shall be discharged from any liability to Defendants Richard Sepulveda and Kantor &

1  Kantor, LLP ("Defendants") to the full extent permitted by law with respect to the

2  Defendants' dispute over attorney's fees ("Funds") from the action by Sepulveda

3  against Hartford Life, Richard Sepulveda v. Hartford Life and Accident Insurance

4  Company, United States District Court, Central District of California, Case No.

5  2:21-cv-00378 JVS (AFMx).

6       2.    Defendants shall be, and by this Judgment are, restrained from taking,

7  proceeding with, or commencing any action against Hartford Life for or on account

8  of any transaction, matter, happening, or thing in any way arising out of the rights

9  and obligations of the parties with respect to the Funds.

10       3.    Hartford Life shall be awarded the sum of $10,000.00 in attorney's fees

11  and costs incurred in connection with this interpleader action, to be paid from the

12  Funds on deposit with the Court's registry.

13       4.    Kantor shall receive the remaining $81,000.00 in Funds on deposit with

14  the Court's registry along with any interest accrued since the date of deposit.

15       5.    The Clerk of the Court is hereby ordered to prepare a draft in the

16  amount of $10,000 made payable to "Hartford Life and Accident Insurance

17  Company" within 10 days of the entry of this Judgment, and to mail that draft to

18  counsel of record at the following address:

19            Nancy J. Marr

20            Burke Williams and Sorensen, LLP

21            444 South Flower Street, Suite 2400

22            Los Angeles, CA 90071

23       6.    The Clerk of the Court is hereby ordered to prepare a draft in the

24  amount of $81,000, plus any accrued interest since date of deposit, made payable to

25  "Kantor & Kantor, LLP" within 10 days of the entry of this Judgment, and to mail

26  that draft to counsel of record at the following address:

27            9301 Corbin Avenue, Suite 1400

28            Northridge, CA 91324

Case No. 2:23-cv-08404 JVS (JPRx)

1

2      7.      This action is dismissed with prejudice, all Defendants to bear their

3    own fees and costs for this action.

4

5          In accordance with Rules 58 and 79(a) of the Federal Rules of Civil

6    Procedure, Judgment is entered as of the date the Clerk notates this Judgment in the

7    civil docket. This is a final judgment.

8

9    DATED:  August 19, 2024

10

11                                          _____

12                                          HON. JAMES V. SELNA
                                            UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>PROOF OF SERVICE</u>**

**2:23-cv-08404 JVS (JPRx)**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 444 South Flower Street, Suite 2400, Los Angeles, CA 90071-2953.

On August 19, 2024, I served true copies of the following document(s) described as **(PROPOSED) JUDGMENT** on the interested parties in this action as follows:

Richard Sepulveda
112 E Bay State, Ste A
Alhambra, CA 91801
rich_sep17@icloud.com

**BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with the practice of Burke, Williams & Sorensen, LLP for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope was placed in the mail at Los Angeles, California.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e mail address tpaik@bwslaw.com to the persons at the e mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 19, 2024, at Los Angeles, California.

*/s/ Trish Paik*
Trish Paik

4

Case No. 2:23-cv-08404 JVS (JPRx)